UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY DAWN, | Case No. C03-5399RJB |
| Plaintiff, | |
| v. | ORDER |
| LISA ESTES *et al.*, | |
| Defendants. | |

The matter comes before the Court on Plaintiff's Motion for Reconsideration. Dkt. 18. The Court has reviewed the motion and file, and is fully advised.

The complaint in this matter was dismissed without prejudice upon Plaintiff's motion. Dkt. 14. Several months later, Plaintiff moved the Court for an order to stop the Department of Corrections from collecting fees incurred by Plaintiff for filing the suit. Dkt. 16. Pursuant to 28 U.S.C. § 1915(b), a prisoner is required to pay the full amount of the filing fee when he brings a civil action. Accordingly, Plaintiff's motion was denied. Dkt. 17. Plaintiff moves for reconsideration of that order. Dkt. 18. He references his filing fee and other outstanding debts the Department of Corrections is collecting.

Local Rule CR 7(h) provides in relevant part as follows:

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

ORDER

1    The Plaintiff has failed to meet his burden under Local Rule CR 7(h).  Plaintiff has not shown
2 manifest error in the prior ruling or new facts or legal authority which could not have been brought
3 to the Court's attention earlier with reasonable diligence.  Moreover, Plaintiff does not make any
4 showing that this Court has jurisdiction to review fees other courts have ordered be collected from
5 him.  Plaintiff's motion should be denied.

6    It is hereby **ORDERED** that Plaintiff's Motion for Reconsideration (Dkt. 18) is **DENIED**.

7    The Clerk is directed to send copies of this Order to Plaintiff, and to the Hon. Karen L.
8 Strombom.

9    DATED this 28th day of June, 2006.

Robert J. Bryan
United States District Judge

ORDER